IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 8:13cr361 |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| CHARLES ANTOINE BURGESS | ) | 18 U.S.C. § 924(c)(1)(A) |
| GARY LEE KING, JR. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| | ) | 21 U.S.C. § 841(b)(1)(E) |

<u>INDICTMENT</u>

<u>COUNT 1</u>

THE GRAND JURY CHARGES:

That on or about December 18, 2012, in the District of South Carolina, the Defendant, **CHARLES ANTOINE BURGESS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Taurus 9mm pistol, and 9mm ammunition; all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about December 18, 2012, in the District of South Carolina, the Defendant, **CHARLES ANTOINE BURGESS**, did knowingly, intentionally and unlawfully possess with intent to distribute the following: a substance containing a detectable amount of methamphetamine, and a quantity of Hydrocodone, each Schedule II controlled substances; a quantity of marijuana, a Schedule I controlled substance; and a quantity of Alprazolam, a Schedule IV controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(1)(D), and (b)(1)(E).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about December 18, 2012, in the District of South Carolina, the Defendant, **CHARLES ANTOINE BURGESS,** knowingly used and carried a firearm during and in relation to, and did possess a firearm in furtherance of a drug trafficking crime as set forth in Count 2 of this Indictment, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about December 18, 2012, in the District of South Carolina, the Defendant, **GARY LEE KING JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Hi-Point .40 caliber pistol, and .40 caliber ammunition; all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

A __True__ Bill

__REDACTED__
FOREPERSON

__REDACTED__
WILLIAM N. NETTLES   (MBC/jw)
UNITED STATES ATTORNEY